UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-51-FtM-38MRM

THOMAS J. FENDICK
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following:

> The real property located at 1917 Old Burnt Store Road North, Cape Coral, Florida 33993, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lots 25 and 26, Block 4318, Cape Coral Unit 61, according to the Plat thereof as recorded in Plat Book 21, page(s) 12, of the Public Records of Lee County, Florida.
>
> Property Identification Number: 3I-43-23-CI-04318.0250.

Being fully advised in the premises, the Court finds as follows:

The defendant pleaded guilty to making false statements to a federally insured financial institution as charged in Count One of the Information, and the Court adjudicated him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the real property and the offense of conviction.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the real property identified above is

forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the real property sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record