UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-51-FtM-38MRM

THOMAS J. FENDICK
_____

# FINAL ORDER OF FORFEITURE

This cause comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following asset:

> The real property located at 1917 Old Burnt Store Road North, Cape Coral, Florida 33993, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lots 25 and 26, Block 4318, Cape Coral Unit 61, according to the Plat thereof as recorded in Plat Book 21, page(s) 12, of the Public Records of Lee County, Florida.
>
> Property Identification Number: 3l-43-23-Cl-04318.0250.

On June 6, 2017, pursuant to 982(a)(2), the Court entered a Preliminary Order of Forfeiture for the real property. Doc. 20.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the real property on the official government website, www.forfeiture.gov, beginning on June 7, 2017, and ending on July 6, 2017. Doc. 26. The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed parties known to have a potential interest in the real property. The United States recognizes the claim of the Lee County Tax Collector and agrees to pay any and all *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Tax Collector from the proceeds of the sale of the real property, to the extent there are sufficient proceeds. Doc. 22. Additionally, the United States recognized the claim of CLUSIA, LLC. and agrees to pay the amount owed on the 2016 tax certificate held by the Claimant, plus any unpaid interest due and owing up to the date of entry of the final order of forfeiture. Doc. 32. Other than the defendant, whose interest was previously forfeited to the United States, and the Tax Collector and CLUSIA, LLC. (whose interests have been recognized), Kelly Hoffmeister (whose claim was dismissed), and Ken Fendick (who signed a Consent to Forfeiture), no other party filed a petition or claimed an interest in the real property, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the real property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the real property is now vested in the United States of America, subject to any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Lee County Tax Collector, and the 2016 delinquent taxes and unpaid interest due to CLUSIA, LLC.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record