UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  Case No. 2:17-cr-51-FtM-38MRM

THOMAS J. FENDICK,

Defendant,

and

FIFTH THIRD SECURITIES, INC.,

Garnishee.
_____/

## **AMENDED FINAL ORDER OF GARNISHMENT**

Before the Court is the United States' Motion for an Amended Final Order of Garnishment (Doc. 58), Defendant Thomas J. Fendick's response (Doc. 59), and the Government's response (Doc. 60). After considering the motion, the Court finds entering an amended final order to be proper.

Accordingly, it is

**ORDERED**:

1. The United States' Motion for an Amended Final Order of Garnishment (Doc. 58) is **GRANTED**.

2. The Garnishee National Financial Services, custodian of Thomas J. Fendick's Fifth Third Securities, Individual Retirement Account (IRA), is **DIRECTED** to make a **twenty-two percent** (22%) federal withholding from Fendick's IRA to be remitted to the IRS, and pay over the remaining

1

balance to the United States District Court to be applied to the Defendant's outstanding restitution.

3. The check should be made payable to "Clerk, United States District Court," and reference "Thomas J. Fendick, Case No. 2:17-cr-51-FtM-38MRM", and be mailed to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, FL 32801

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of August 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record